IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00302-BNB

JURGEN BENSON,

Applicant,

v.

TERRY MAKETA, El Paso County Sheriffs Off., and
THE ATTORNEY GENERAL OF THE STATE OF [COLORADO] JOHN SUTHERS,

Respondents.

## ORDER OF DISMISSAL

Applicant, Jurgen Benson, currently is confined at the El Paso County Detention Facility in Colorado Springs, Colorado. On February 6, 2008, Mr. Benson submitted to the Court *pro se* an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Upon review of the habeas corpus application, Magistrate Judge Boyd N. Boland found that Mr. Benson was challenging the denial of his parole.

Therefore, on February 25, 2008, Magistrate Judge Boland construed the action as initiated pursuant to 28 U.S.C. § 2241, and ordered Mr. Benson within thirty days to amend the application and to file his challenges to the execution of his sentence on a Court-approved, § 2241 application form. He further directed Mr. Benson to complete the form in full. The clerk of the Court was ordered to mail to Mr. Benson two copies of the Court-approved form for filing a § 2241 application. Mr. Benson was warned that if he failed within the time allowed to file an amended application as directed, the application would be denied and the action dismissed without further notice.

Mr. Benson has failed within the time allowed to pursue his claims by submitting them on the proper 28 U.S.C. § 2241 application as directed. Accordingly, it is

ORDERED that the habeas corpus application pursuant to 28 U.S.C. § 2254, construed liberally as filed pursuant to 28 U.S.C. § 2241, is denied, and the action is dismissed without prejudice for failure to cure and for failure to prosecute.

DATED at Denver, Colorado, this 2 day of April, 2008.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-00302-BNB

Jurgen Benson
Prisoner No. 132056
El Paso County Det. Facility
2739 East Las Vegas
Colorado Springs, CO 80906

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 4/2/08

GREGORY C. LANGHAM, CLERK

By: _____
              Deputy Clerk